IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-122 |
| | ) | |
| JAMAAL BRADLEY | ) | |

**O R D E R**

Defendant has filed a request to amend his financial affidavit to include certain expenses inadvertently omitted from his original affidavit and have the Court reconsider Defendant's required contribution to appointed counsel. (Doc. no. 34.) However, the Court finds that there is insufficient information in Defendant's motion to determine whether reconsideration is necessary. Defendant's motion only states that defense counsel "has been presented with evidence of expenses . . . including but not limited to residential lease payments, utilities and student loan obligations." (Id.)

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Defendant's motion and **DIRECTS** Defendant to submit a new motion with a supporting financial affidavit by Monday, December 22, 2014.[1] Defendant must also submit documents proving the existence of all purportedly new financial obligations he wishes the Court to consider.

SO ORDERED this 16th day of December, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to attach a CJA 23 Financial Affidavit.