IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-122 |
| | ) | |
| JAMAAL BRADLEY | ) | |

**O R D E R**

Upon consideration of Defendant's financial documents and his testimony during the hearing on January 16, 2015, the Court has determined that funds are available from, or on behalf of Defendant for partial payment of defense costs. Accordingly, the Court **GRANTS** Defendant's Second Motion for Reconsideration (doc. no. 36) and reduces Defendant's monthly contribution from $700.00 to $300.00. Payments will be due on the first business day of every month. Payments shall be made payable to the Clerk, U.S. District Court, P.O. Box 1130, Augusta, Georgia 30903. The Clerk shall refund any balance.

SO ORDERED this 26th day of January, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA