IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-122 |
| | ) | |
| JOSEPH BATTAGLIA | ) | |
| JAMAAL BRADLEY | ) | |

**O R D E R**

Today, the Court conducted a hearing to consider Defendant Joseph Battaglia's motion for a bill of particulars. (See doc. no 25.) At said hearing, the government represented that every alleged unindicted co-conspirator is identified in statements of Defendants previously produced by the government. The government also agreed to produce a spreadsheet listing every part purportedly stolen from the victim's inventory as a result of the alleged conspiracy. The spreadsheet will include, to the extent known by the victim, the part name and number, date of purchase and/or receipt by the victim, purchase price, retail price, date allegedly stolen, and date discovered missing from inventory. Defense counsel represented that these two concessions by the government satisfy in full all discovery concerns underlying the motion for a bill of particulars. Accordingly, the Court **ORDERS** the government to produce the spreadsheet on or before February 12, 2015 and **DENIES AS MOOT** the motion for a bill of particulars. All motions reported as resolved by the parties are **MOOT**. (Doc. nos. 19-23, 28-33.)

SO ORDERED this 30th day of January, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA