UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:14-122 |
| | ) | |
| JAMAAL BRADLEY | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Wendell E. Johnston, Jr.**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Wendell E. Johnston, Jr.** be granted leave of absence for the following period: **June 15, 2015 through June 19, 2015, and June 29, 2015 through July 6, 2015.**

This __15__ day of June, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia